SCOTT J. SAGARIA (SBN 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
Egale@sagarialaw.com
JARRETT S. OSBORNE-REVIS (SBN 289193)
Josborne@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

JUNE D. COLEMAN (SBN 191890)
Jcoleman@kmtg.com
DANIELLE R. TEETERS (SBN 210056)
Dteeters@kmtg.com
**KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD, P.C.**
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone:  (916) 321-4500
Facsimile:   (916) 321-4555

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARPU VENUGOPAL, | Case No.: 5:12-cv-06067-EJD |
| Plaintiff, | STIPULATED REQUEST FOR DISMISSAL |
| v. | |
| DITIGAL FEDERAL CREDIT UNION, an FDIC insured corporation and DOES 1 through 100 inclusive, | |
| Defendants. | |

STIPULATED REQUEST FOR DISMISSAL - 1

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that the above captioned case is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:   June 6, 2013                           /s/ *Jarrett S. Osborne-Revis*
                                                                Scott J. Sagaria
                                                                Elliot W. Gale
                                                                Jarrett S. Osborne-Revis
                                                                **Sagaria Law, P.C.**
                                                                Attorneys for Plaintiff

Dated: June 6, 2013                              /s/ *Danielle R. Teeters*_____
                                                                June D. Coleman
                                                                Danielle R. Teeters
                                                                **Kronick, Moskovitz, Tiedemann & Girard**
                                                                Attorneys for Defendant

### [PROPOSED] ORDER

IT IS SO ORDERED.

The Clerk shall close this file.

DATED:   6/7/2013

UNITED STATES DISTRICT JUDGE
EDWARD J. DAVILA